# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ANGELO JOSEPH FERNANDEZ.,

Plaintiffs,

vs.

CARL McKNIGHT, *et al.*,

Defendants.

Case No. 1:12-cv-0557-BAM

**ORDER REQUIRING PLAINTIFF TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT NO LATER THAN DECEMBER 20, 2013.**

Defendants Carl McKnight, individually and in his capacity as a Sergeant in the Fresno Police Department, and Jerry Dyer, individually and in his official capacity as Chief of Police for the City of Fresno (collectively "Defendants") filed a Motion for Summary Judgment on November 15, 2013. (Doc. 22). Defendants properly noticed the motion. The hearing on the motion was scheduled for December 20, 2013 at 9:00 a.m. Pursuant to Local Rule 230(c) Plaintiff was required to file an opposition or a statement of non-opposition to the motion no less than fourteen (14) days prior to the hearing. *See* Local Rule 230(c). Therefore, Plaintiff was required to file a response no later than December 6, 2013. To date, Plaintiff has failed to do so.

Accordingly, no later than December 20, 2013, Plaintiff must file an opposition or a statement of non-opposition to Defendants' Motion for Summary Judgment. Defendants shall file any optional reply to Plaintiff's filing no later than January 3, 2014. Because the briefing in this matter is

1

incomplete, the motion is not ripe for review and the hearing set for December 20, 2013 at 9:00 a.m. is VACATED. The Court will set this matter for a hearing if it deems it necessary after the briefing is completed.

*Plaintiff is advised that if he fails to comply with this order, this action will be dismissed, with prejudice, for failure to obey the Court's order and failure to prosecute.*

IT IS SO ORDERED.

Dated: **December 12, 2013**        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE