*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*


ANGELO JOSEPH FERNANDEZ,
             Plaintiff,

**JUDGMENT IN A CIVIL ACTION**

vs.

1: 12-CV-00557-BAM

CARL McKNIGHT and
JERRY DYER,
             Defendants.
_____/


        DECISION BY COURT:      This action came before the Court on a Motion for Summary Judgment.  The issues have been heard and a decision has been rendered.

        IT IS HEREBY ORDERED AND ADJUDGED that  Defendants'  Motion for Summary Judgment is GRANTED: (1) Defendant Carl McKnight is entitled to judgment as a matter of law; (2) Defendant Jerry Dyer is entitled to judgment as a matter of law; and (3) The request for qualified immunity is MOOT. Judgment will be entered in favor of Defendants Carl McKnight and Jerry Dyer and against Plaintiff Angelo Fernandez.

DATED:  January 31, 2014


                                MARIANNE MATHERLY, Clerk


                                By:  /s/  H.A. Herman
                                        Deputy Clerk


judgment.civ.wpd
5/6/2013